
LODGED
DEC 07 2016
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
DEC -7 2016
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CASEY W. LIGHT, Defendant. | Citation Number: 6429656, M12 ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $175.00 and a $30.00 processing fee for VN 6429656. Payment will be made by 10 January 2017. Payment should be mailed to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for December 8, 2016, is VACATED.

DATED this 7th day of December, 2016.

John Johnston
United States Magistrate Judge